AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:19-cr-00888-MGB | 11/01/2019 10:00 am | Russell Thurston |

Inventory made in the presence of:
Russell Thurston

Inventory of the property taken and name of any person(s) seized:

Samsung Galaxy Cellular Phone, bearing IMEI 359271101869281.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6 November 2019

*Executing officer's signature*

Doyle E. Mudd, III, Special Agent, DCIS
*Printed name and title*